BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHAL SINGH,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS,<br><br>        Defendant. | Case No.: 2:13-cv-1716 JAM DAD<br><br>**Joint Stipulation and Order re: Abeyance** |

This is an immigration case in which Plaintiff challenged an alleged delay in the adjudication of his I-485 application to adjust status and his I-730 relative petitions. The applications have now been approved and are in the process of being sent to the United States Citizenship and Immigration office in New Delhi, India, where the agency will adjudicate the travel authorization documents. Accordingly, the parties agree to a 4-month abeyance period toward the end of allowing USCIS to transmit the approved petitions to New Delhi and awaiting a possible administrative resolution to the matter.

The government's new answer date will be February 21, 2014, and the parties will file the joint status report at that time as well.

| | | |
|---|---|---|
|1| Dated: October 18, 2013 | Respectfully submitted, |
|2| | BENJAMIN B. WAGNER |
|3| | United States Attorney |
|4| | /s/ Audrey B. Hemesath |
| | | AUDREY B. HEMESATH |
|5| | Assistant U.S. Attorney |

DATED: October 11, 2013        Respectfully submitted,

/s/ Jonathan Kaufman
Jonathan Kaufman
Attorney for the Plaintiff

<u>ORDER</u>

IT IS SO ORDERED.

DATED: 10/18/2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT JUDGE