BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHAL SINGH, | Case No.: 2:13-cv-1716 JAM DAD |
| Plaintiff, | **Joint Stipulation and order re: Dismissal** |
| v. | |
| ALEJANDRO MAYORKAS, | |
| Defendant. | |

This is an immigration case in which Plaintiff challenged an alleged delay in the adjudication of his I-485 application to adjust status and his I-730 relative petitions. The parties now stipulate to dismissal of this action in its entirety, each side to bear its own costs of litigation.

1

Dated: January 7, 2014                    Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Audrey B. Hemesath
                                                  AUDREY B. HEMESATH
                                                  Assistant U.S. Attorney


DATED: January 7, 2014                    Respectfully submitted,
                                                  /s/ Jonathan Kaufman
                                                  Jonathan Kaufman
                                                  Attorney for the Plaintiff


<u>ORDER</u>

IT IS SO ORDERED.


DATED:   1/8/2014

                                                  /s/ John A. Mendez
                                                  UNITED STATES DISTRICT COURT JUDGE